**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1979**

TAMARA ROUHI,

        Plaintiff - Appellant,

   v.

COMCAST CABLE COMMUNICATIONS, LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:19-cv-00703-GLR)

Submitted:  December 17, 2020          Decided:  December 21, 2020

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tamara Rouhi, Appellant Pro Se. Adam Caldwell, Patrick J. Curran, DAVIS WRIGHT TREMAINE, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamara Rouhi appeals the district court's orders granting the Appellee's motion to compel arbitration and dismissing Rouhi's claims, and denying her Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rouhi v. Comcast Cable Commc'n., Inc.*, No. 1:19-cv-00703-GLR (D. Md. Nov. 27, 2019 & Aug. 14, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
